UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK RESETAR, | ) | CASE NO: 3:21-cv-2159 |
| | ) | |
| Plaintiff, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| vs. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| PROFESSIONAL SKILLS INSTITUTE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through undersigned counsel, hereby stipulate and provide notice to the Court and all parties that this matter has been dismissed, *with prejudice*. Parties to bear their own attorney's fees and costs. Court shall retain jurisdiction over the resolution of this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Fred M. Bean* | */s/ Rebecca E. Shope* |
| Fred M. Bean (0086756) | Rebecca E. Shope (0083942) |
| Taurean J. Shattuck (0097364) | **Shumaker, Loop & Kendrick, LLP** |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | 1000 Jackson Street |
| 25825 Science Park Drive, Suite 200 | Toledo, Ohio 43604 |
| Beachwood, OH 44122 | Telephone: 419-241-9000 |
| Phone: (216) 291-4744 | Fax: 419-241-6894 |
| Fax: (216) 291-5744 | E-Mail: rshope@shumaker.com |
| Email: Fred.Bean@SpitzLawFirm.com | |
|     Taurean.Shattuck@SpitzLawFirm.com | *Attorney for Defendant* |
| | |
| *Attorney for Plaintiff* | |

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge